WINSTON TAYLOR.

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700
+1 (212) 294-4700

June 18, 2026

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Tang v. Shadyside Partners, LLC (d/b/a Culper Research) et al.*, Case No. 1:26-cv-5018 (S.D.N.Y.); related to *JC International Finance Limited, et al. v. Lamarco, et al.*, Case No. 1:26-cv-4930 (S.D.N.Y.)

Dear Judge Woods:

I write on behalf of Plaintiff Hao Tang to respectfully bring to the Court's attention a related case pending before this District. I filed Mr. Tang's case – *Tang v. Shadyside Parters LLC*, No. 1:26-cv-5018 – on Friday, June 12, 2026, and the case was assigned to you on Monday, June 15.

Two days earlier, on June 10, 2026, plaintiffs JC International Finance Limited, Prominence Trust Limited, Southwind Media Holdings Limited, Fenton Capital Inc., Midterm Success Limited, Angel Pride Holdings Limited, FortuneGate Holdings Philippines Inc., Goldenway Japan Co., Ltd., Goldenway Precious Metals Limited, Goldenway Financial Holdings Limited, Goldenway Investments Holdings Limited, International Entertainment Company, Discovery Key Investments Limited, Asian Creative Capital Limited, Ho Wong Meng, and Hong Wai Cheng filed an action for libel per se against Christian Lamarco and Shadyside Partners, LLC (d/b/a Culper Research) in the action captioned *JC International Finance Limited, et al. v. Lamarco, et al.*, Case No. 1:26-cv-4930 (S.D.N.Y.). This action is currently pending before the Honorable Jesse M. Furman.

These two actions are potentially related because they involve the same defendants, arise from the same defamatory publication, and thus concern some of the same underlying facts. Both seek damages for harm the respective plaintiffs suffered as a direct and proximate result of the defendants' report, which disseminated and published false and misleading statements about the plaintiffs.

Accordingly, I have enclosed a revised Civil Cover Sheet and Statement of Relatedness, pursuant to this Court's Individual Practices and the Local Rules of the Southern District of New York.

Dated: June 18, 2026

Respectfully submitted,

WINSTON TAYLOR LLP

By: */s/ Lisa M. Coutu*

Lisa M. Coutu
200 Park Avenue
New York, NY 10166
T: (212) 294-6639
Lisa.Coutu@winstontaylor.com

*Attorney for Plaintiff Hao Tang*