**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------

HAO TANG,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC (*d/b/a* CULPER RESEARCH) and CHRISTIAN LAMARCO,

Defendants.

-----------------------------------------------------

Case No. 26-cv-05018-JMF
[rel. 26-cv-04930-JMF]

**NOTICE OF COMPLIANCE WITH COURT'S JUNE 24, 2026 ORDER**

Plaintiff Hao Tang ("Plaintiff"), by and through his undersigned attorneys, hereby certifies his compliance with the Court's June 24, 2026 Order (ECF No. 10), which directed Plaintiff, along with the plaintiffs in the related action *JC International Finance Limited, et al. v. Lamarco, et al.*, No. 1:26-cv-04930-JMF, to "promptly serve a copy of this Order on each of the defendants and file proof of service on the docket." Plaintiff hereby submits the following exhibits as proof of compliance with the Order:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Proof of Service of the Summons and Complaint, which notes that Defendant Shadyside Partners, LLC was served the "Order re Related Case" through its registered agent in Lewes, Delaware. Ex. 1 at 2.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Proof of Service of the Summons and Complaint, which notes that Defendants Christian Lamarco and Shadyside Partners, LLC were served the "Order re Related Case" in New York, New York. Ex. 2.

Dated: June 30, 2026

WINSTON TAYLOR LLP

By: */s/ Lisa Coutu*

Lisa Coutu
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
T: (212) 294-6639
Lisa.Coutu@winstontaylor.com

Libby Deshaies (*pro hac vice* application forthcoming)
Sean Suber (*pro hac vice* application forthcoming)
WINSTON TAYLOR LLP
300 N. LaSalle Drive
Chicago, Illinois 60654
T: (312)558-3738
Libby.Deshaies@winstontaylor.com
Sean.Suber@winstontaylor.com

*Attorneys for Plaintiff Hao Tang*