# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| Hao Tang<br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>Shadyside Partners, LLC (d/b/a Culper Research)<br>and Christian Lamarco<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:26-cv-05018<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shadyside Partners, LLC (d/b/a Culper Research)
101 W. 15th St., Apt. 314,
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lisa Coutu
Winston Taylor LLP
200 Park Avenue
New York, NY 10166-4193

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___6/15/2026___    ___/s/ P. Canales___
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05018

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SHADYSIDE PARTNERS, LLC (d/b/a CULPER RESEARCH)

was received by me on *(date)*    06/26/2026                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ROBERT FOWLER (MANAGING AGENT EMPLOYED AT REGISTERED AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)*   SHADYSIDE PARTNERS, LLC (d/b/a CULPER RESEARCH)

16192 COASTAL HWY, LEWES, DE 19958 AT 2:00 PM     on *(date)*      06/26/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  06/26/2026 _____

_____
*Server's signature*

FRANK PRITCHETT                    PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600
_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED Summons and Complaint (with exhibit) and Civil Cover Sheet, Rule 7.1
Statement, Notice of Initial Conference, Letter re Related Case and Order re Related Case