# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
Hao Tang,

           Plaintiff(s),                                Case No. 1:26-cv-05018

      -against-                                  PROOF OF SERVICE

Shadyside Partners, LLC (d/b/a Culper
Research) and Christian Lamarco,

           Defendant(s).
----------------------------------------------X

VERONICA CALDERON, declare under penalty of perjury and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 29th day of June, 2026, at approximately 9:07 PM, deponent served a true copy of the Summons in a Civil Action; Complaint, Civil Cover Sheet, Rule 7.1 Statement, Notice of Initial Conference, Letter re Related Case and Order re Related Case upon Christian Lamarco at 7 Platt Street, PH 2F, New York, New York, by personally delivering and leaving the same with Christian Lamarco at that address.

Christian Lamarco is a white male, approximately 40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 140 pounds with blonde hair.

VERONICA CALDERON #2124081
Process Server
Dated: June 30, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
Hao Tang,

         Plaintiff(s),

     -against-

Shadyside Partners, LLC (d/b/a Culper
Research) and Christian Lamarco,

         Defendant(s).
-----------------------------------------------X

Case No. 1:26-cv-05018

PROOF OF SERVICE

VERONICA CALDERON, declare under penalty of perjury and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

That on the 29th day of June, 2026, at approximately 9:07 PM, deponent served a true copy of the Summons in a Civil Action; Complaint, Civil Cover Sheet, Rule 7.1 Statement, Notice of Initial Conference, Letter re Related Case and Order re Related Case upon Shadyside Partners, LLC (d/b/a Culper Research) at 7 Platt Street, PH 2F, New York, New York, by personally delivering and leaving the same with Christian Lamarco, a Member authorized by law to receive service at that address.

Christian Lamarco is a white male, approximately 40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 140 pounds with blonde hair.

VERONICA CALDERON #2124081
Process Server
Dated: June 30, 2026